William G. CUMMINGS and Jay G. Levine, Plaintiffs–Appellants,

v.

CONVERSE, INC. and Nike, Inc., Defendants–Appellees.

No. 2011–1099.

United States Court of Appeals, Federal Circuit.

April 20, 2011.

Ira Scot Meyerowitz, Meyerowitz Law Firm, New York, NY, for Plaintiffs–Appellants.

B. Trent Webb, Shook, Hardy & Bacon, LLP, Kansas City, MO, for Defendants–Appellees.

ON MOTION

*ORDER*

Upon consideration of the parties' "Stipulation of Dismissal," which the court treats as a joint motion to voluntarily dismiss this appeal from *Cummings v. Converse, Inc.,* case no. 08–CV–9860, (S.D.N.Y.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.